IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHEAL WOOD PLAINTIFF

v. CIVIL ACTION NO. 3:26-cv-0329-GHD-RP

TASHANNA; et al. DEFENDANTS

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [4] of the United States Magistrate Judge dated October 21, 2026, regarding the denial of the Plaintiff's motion to proceed *in forma pauperis* and the dismissal of the Plaintiff's claims as frivolous, was on that date duly served upon the Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [4] of the United States Magistrate Judge dated October 21, 2026, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's motion to proceed in forma pauperis [2] is DENIED; the Plaintiff's claims are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted ; and this case is CLOSED.

SO ORDERED, this, the 16th day of November, 2026.

Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE